Page 1 of 7

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means ☐ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Southern District of California

| | | |
|---|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br>Apple Inc.<br>LeydiGonzalez420@icloud.com<br>("Subject Account 2") | ) ) ) ) ) ) | Case No. 25MJ0074-VET |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the Northern District of California *(identify the person or describe the property to be searched and give its location)*:

See Attachment A-2, incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B-2, incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before January 17, 2025 *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to Hon. Valerie E. Torres.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for ____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of ____________.

Date and time issued: January 3, 2025 4:29 p.m. ____________________
*Judge's signature*

City and state: San Diego, California Hon. Valerie E. Torres, United States Magistrate Judge
*Printed name and title*

## Return

| Case No.: 25MJ0074-VET | Date and time warrant executed: 01/08/2025, 1347 hours. | Copy of warrant and inventory left with: lawenforcement@apple.com |
|---|---|---|

Inventory made in the presence of : SA A. Doyle

Inventory of the property taken and name(s) of any person(s) seized:

iCloud information including, but not limited to: Account Information, iCloud Backup, iCloud Bookmarks, iCLoud Calendar, iCloud Contacts, iCloud Drive, iCloud Find My Friends, iCloud Mail, iCloud Mail Headers, iCloud Maps, Messages in iCloud, iCloud Notes, iCloud Photos, iCloud Remidners, Safari Browsing History, Logs-Facetime, Logs-iMessage

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 02/03/2025

[signature]

*Executing officer's signature*

SA Alexander Doyle

*Printed name and title*

# ATTACHMENT A-2

## PROPERTY TO BE SEARCHED

Apple Inc. is an Internet Service Provider with its primary computer information systems and other electronic communications and storage systems, records, and data located at One Apple Park Way, Cupertino, California, 95014.

Apple hosts the following electronic communication account that is the subject of this search warrant and application: *LeydiGonzalez420@icloud.com* (“**Subject Account 2**”).

# ATTACHMENT B-2

## I. *Service of Warrant*

The officer executing the warrant shall permit Apple Inc. ("Apple"), as custodian of the computer files described in Section II below, to locate the files and copy them onto removable electronic storage media and deliver the same to the officer.

## II. *Items Subject to Seizure from Apple*

To the extent that the information described in **Attachment A-2** is within the possession, custody, or control of Apple, regardless of whether such information is located within or outside of the United States, and including any emails, records, files, logs, or information that has been deleted but is still available to Apple, Apple is required to disclose the following information to the government for each account or identifier listed in **Attachment A-2**:

a. All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers, email addresses (including primary, alternate, rescue, and notification email addresses, and verification information for each email address), the date on which the account was created, the length of service, the IP address used to register the account, account status, associated devices, methods of connecting, and means and source of payment (including any credit or bank account numbers);

b. All records or other information regarding the devices associated with, or used in connection with, the account (including all current and past trusted or authorized iOS devices and computers, and any devices used to access Apple services), including serial numbers, Unique Device Identifiers ("UDID"), Advertising Identifiers ("IDFA"), Global Unique Identifiers ("GUID"), Media Access Control ("MAC") addresses, Integrated Circuit Card ID numbers ("ICCID"), Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifiers ("MEID"), Mobile Identification Numbers ( "MIN"), Subscriber Identity Modules

("SIM"), Mobile Subscriber Integrated Services Digital Network Numbers ("MSISDN"), International Mobile Subscriber Identities ("IMSI"), and International Mobile Station Equipment Identities ("IMEI");

c. The contents of all emails associated with the account, including stored or preserved copies of emails sent to and from the account (including all draft emails and deleted emails), the source and destination addresses associated with each email, the date and time at which each email was sent, the size and length of each email, and the true and accurate header information including the actual IP addresses of the sender and the recipient of the emails, and all attachments;

d. The contents of all instant messages associated with the account, including stored or preserved copies of instant messages (including iMessages, SMS messages, and MMS messages) sent to and from the account (including all draft and deleted messages), the source and destination account or phone number associated with each instant message, the date and time at which each instant message was sent, the size and length of each instant message, the actual IP addresses of the sender and the recipient of each instant message, and the media, if any, attached to each instant message;

e. The contents of all files and other records stored on iCloud, including all iOS device backups, all Apple and third-party app data, all files and other records related to iCloud Mail, iCloud Photo Sharing, My Photo Stream, iCloud Photo Library, iCloud Drive, iWork (including Pages, Numbers, Keynote, and Notes), iCloud Tabs and bookmarks, and iCloud Keychain, and all address books, contact and buddy lists, notes, reminders, calendar entries, images, videos, voicemails, device settings, and bookmarks;

f. All activity, connection, and transactional logs for the account (with associated IP addresses including source port numbers), including FaceTime call invitation logs, messaging and query logs (including iMessage, SMS, and MMS messages), mail logs, iCloud logs, iTunes Store and App Store logs (including

purchases, downloads, and updates of Apple and third-party apps), My Apple ID and iForgot logs, sign-on logs for all Apple services, Game Center logs, Find My iPhone and Find My Friends logs, logs associated with web-based access of Apple services (including all associated identifiers), and logs associated with iOS device purchase, activation, and upgrades;

g. All records and information regarding locations where the account or devices associated with the account were accessed, including all data stored in connection with Location Services, Find My iPhone, Find My Friends, and Apple Maps to include date and time stamps;

h. All records pertaining to the types of service used; and

i. All records pertaining to communications between Apple and any person regarding the account, including contacts with support services and records of actions taken.

III. ***Search and Items to be Seized by the Government.***

The search of the data supplied by Apple pursuant to this warrant will be conducted by the HSI as provided in the "Procedures For Electronically-Stored Information" section of the affidavit submitted in support of this search warrant and will be limited to the period of **October 16, 2024** [two weeks before Gonzalez' crossed into the United States from Mexico on October 30, 2024], up to and including **November 6, 2024** [the date of Gonzalez' arrest], and to seizure of evidence:

a) tending to indicate communications, photographs, videos, or other data depicting methamphetamine or other controlled substances, paraphernalia (such as pipes, scales, packaging and/or packing materials) along with any proceeds attained from the distribution of controlled substances;

b) tending to identify communications, photographs, videos, or other data shared with and between co-conspirators coordinating and then executing controlled substances transactions;

c) tending to identify communications, photographs, videos, or other data shared with and between co-conspirators, their source(s) of supply, and/or customers made about or in specifics of controlled substances;

d) tending to identify internet and web-search history relating to controlled substances distribution;

e) tending to identify communications, photographs, videos, or other data regarding proceeds from controlled substances transactions or otherwise attempting to hide or give away what appears to be proceeds from controlled substances;

f) tending to identify geolocational information relevant to the stash houses and/or distribution of controlled substances;

g) tending to identify communications, photographs, videos, or other data made about covering up or hiding crimes and escaping or hiding from law enforcement; and/or,

h) tending to place in context, identify the creator or recipient of, or establish the time of creation or receipt of communications, records, or data involved in the activities described above.

which are evidence of violations of Sections 841 and 846 (conspiracy to distribute, distribution of, and possession with intent to distribute controlled substances), Title 21 U.S.C., Sections 952, 960, and 963 (importation and conspiracy to import controlled substances) (the **Target Offenses**).